IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CV-156-F

UNITED STATES OF AMERICA,	:
	:
	PLAINTIFF,	:
	:
v.	:
	:	**DEFAULT JUDGMENT**
ONE 2003 CHEVROLET IMPALA,	:
VIRGINIA REGISTRATION JXX-2804	:
AND ALL PROCEEDS FROM THE SALE OF	:
SAID PROPERTY,	:
	DEFENDANT.	:

THIS CAUSE came before the Court on Plaintiff's Motion for Default Judgment, and it appearing that a copy of the Complaint herein was attempted to be served upon the record owner of the defendant, or that publication has been duly made in this matter, and that due notice was given accordingly, the Court finds:

1. That process was duly issued in this cause and that the defendant was duly seized by the U. S. Marshal's Service pursuant to said process;

2. That no entitled persons have filed herein any claim to the defendant nor answer regarding it within the time fixed by law;

3. That the allegations of the Complaint in respect to the defendant are taken as admitted;

Based upon the above findings, the Court being otherwise fully advised in the matter, it is hereby;

ORDERED AND ADJUDGED:

1. That default judgment be and the same is hereby entered against the defendant.

2. That all persons claiming any right, title or interest in or to the said defendant is held in default.

3. That the said defendant is hereby forfeited to the United States of America.

4. That the U. S. Marshal's Service is hereby directed to dispose of the defendant according to law.

DONE AND ORDERED in Wilmington, North Carolina, this 21st day of August, 2007.

_/s/ James C. Fox_
JAMES C. FOX
UNITED STATES DISTRICT JUDGE